Matter of Barnes (2026 NY Slip Op 00761)

Matter of Barnes

2026 NY Slip Op 00761

Decided on February 11, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 11, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., BANNISTER, MONTOUR, GREENWOOD, AND HANNAH, JJ. (Filed Jan. 20, 2026.)

&em;

[*1]MATTER OF THOMAS J. BARNES, A SUSPENDED ATTORNEY, RESIGNOR.

MEMORANDUM AND ORDER
Order entered accepting resignation and striking name from the roll of attorneys pursuant to 22 NYCRR 1240.10.